**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00158-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. ANDRE DION MOORE,

    Defendant.

## ORDER DENYING MOTIONS FOR RESENTENCING

**Blackburn, J.**

The following matters are before me for consideration: (1) defendant's **Motion For Resentencing Pursuant To 18 U.S.C. § 3582(c)(2)** [#122][1] filed March 26, 2012; and (2) defendant's **Motion For Resentencing Pursuant To 18 U.S.C. § 3582(c)(2)** [#128] filed December 10, 2012. The second motion [#128] is an unnecessary duplicative reiteration of the first [#122]. Because Mr. Moore was sentenced under and received the benefits of the Fair Sentencing Act of 2010, 18 U.S.C. § 841(b)(1), I deny both motions.

    **THEREFORE, IT IS ORDERED** as follows:

    1. defendant's **Motion For Resentencing Pursuant To 18 U.S.C. § 3582(c)(2)** [#122] filed March 26, 2012, is **DENIED**; and

---

[1] "[#122]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2. That defendant's **Motion For Resentencing Pursuant To 18 U.S.C. § 3582(c)(2)** [#128] filed December 10, 2012, is **DENIED**.

Dated December 11, 2012, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge